# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Faber, David A. | West Virginia Southern | 08/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

601 Federal Street
Bluefield, WV 24701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Monthly | West Virginia Teachers Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA IRA (see note VIII) | | | | | | | | | |
| 2. VZ | C | Dividend | L | T | | | | | |
| 3. CAG | | None | | | Sold | 01/19/16 | L | E | |
| 4. PFE | | None | | | Sold | 01/19/16 | L | E | |
| 5. INTC | | None | | | Sold | 01/19/16 | K | D | |
| 6. WFC | | None | | | Sold | 01/19/16 | K | C | |
| 7. DD | A | Dividend | | | Sold | 07/20/16 | L | D | |
| 8. PG | B | Dividend | L | T | | | | | |
| 9. TAL | A | Dividend | | | Buy (add'l) | 03/08/16 | K | | |
| 10. | | | | | Sold | 03/18/16 | K | B | |
| 11. | | | | | Buy | 06/11/16 | K | | |
| 12. | | | | | Merged (with line 13) | 07/13/16 | K | C | |
| 13. TRTN | B | Dividend | K | T | Merged | 07/13/16 | K | | Merged (from line 9) |
| 14. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 15. | | | | | Sold (part) | 11/09/16 | J | A | |
| 16. DUK | C | Dividend | L | T | | | | | |
| 17. AGNC | | None | | | Sold | 01/19/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SNH | C | Dividend | K | T | | | | | |
| 19. TYG | | None | | | Sold | 01/20/16 | K | C | |
| 20. AAPL | | None | | | Sold | 01/19/16 | L | D | |
| 21. FCX | | None | | | Sold | 01/20/16 | J | A | |
| 22. KMI | A | Dividend | K | T | | | | | |
| 23. GSK | C | Dividend | K | T | | | | | |
| 24. SO | C | Dividend | L | T | | | | | |
| 25. ESV | | None | | | Sold | 01/20/16 | J | A | |
| 26. LMT | A | Dividend | | | Sold | 07/18/16 | M | D | |
| 27. FNV | A | Dividend | | | Sold | 03/11/16 | L | C | |
| 28. COP | A | Dividend | | | Sold | 01/20/16 | K | A | |
| 29. CVX | C | Dividend | L | T | | | | | |
| 30. KSU | A | Dividend | | | Sold | 01/20/16 | K | A | |
| 31. CAT | B | Dividend | | | Buy | 01/25/16 | L | | |
| 32. CAT | | | | | Sold | 05/11/16 | L | D | |
| 33. POT | A | Dividend | | | Buy | 03/22/16 | L | | |
| 34. POT | | | | | Sold | 07/28/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EOD | B | Dividend | L | T | Buy | 03/21/16 | L | | |
| 36. IP | B | Dividend | K | T | Buy | 03/21/16 | K | | |
| 37. RSDB | A | Dividend | | | Buy | 03/15/16 | K | | |
| 38. RSDB | | | | | Sold | 03/16/16 | K | B | |
| 39. HPT | B | Dividend | K | T | Buy | 03/15/16 | K | | |
| 40. CNX | | None | | | Buy | 02/25/16 | J | | |
| 41. CNX | | | | | Sold | 02/29/16 | J | A | |
| 42. INTC | B | Dividend | K | T | Buy | 02/18/16 | K | | |
| 43. CSCO | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 44. WY | A | Dividend | | | Buy | 02/08/16 | K | | |
| 45. WY | | | | | Sold | 06/06/16 | K | D | |
| 46. GM | C | Dividend | L | T | Buy | 02/08/16 | L | | |
| 47. LYB | B | Dividend | L | T | Buy | 06/16/16 | L | | |
| 48. AA | | None | | | Buy | 03/11/16 | J | | |
| 49. AA | | | | | Sold | 04/27/16 | J | B | |
| 50. STX | C | Dividend | L | T | Buy | 01/25/16 | K | | |
| 51. RMR | | None | | | Sold | 01/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CC | | None | | | Sold | 01/19/16 | J | A | |
| 53. RDSB | B | Dividend | L | T | Buy | 07/28/16 | L | | |
| 54. WFC | B | Dividend | L | T | Buy | 08/17/16 | K | | |
| 55. KO | A | Dividend | K | T | Buy | 08/17/16 | K | | |
| 56. GLAD | B | Dividend | K | T | Buy | 08/02/16 | K | | |
| 57. USAA MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 58. GOLD COIN COLLECTION | | None | J | W | | | | | |
| 59. USAA GROWTH & INC. FUND | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 60. USAA SCIENCE & TECH. FUND | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 61. USAA INCOME STOCK FUND | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 62. CAH | A | Dividend | | | Buy | 03/28/16 | K | | |
| 63. CAH | | | | | Sold | 04/04/16 | K | A | |
| 64. X | A | Dividend | | | Buy | 02/08/16 | K | | |
| 65. X | | | | | Sold | 02/17/16 | K | B | |
| 66. CNX | A | Dividend | | | Buy | 02/10/16 | J | | |
| 67. CNX | | | | | Sold | 02/17/16 | J | B | |
| 68. LYB | | None | | | Buy | 06/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  LYB | | | | | Sold | 07/11/16 | K | A | |
| 70.  LUV | A | Dividend | | | Buy | 05/27/16 | K | | |
| 71.  LUV | | | | | Sold | 06/08/16 | K | B | |
| 72.  CNX | A | Dividend | | | Buy | 05/10/16 | J | | |
| 73.  CNX | | | | | Sold | 05/10/16 | J | A | |
| 74.  SEIC | | None | | | Buy | 05/04/16 | K | | |
| 75.  SEIC | | | | | Sold | 05/09/16 | K | B | |
| 76.  WU | | None | | | Buy | 04/08/16 | K | | |
| 77.  WU | | | | | Sold | 04/27/16 | K | A | |
| 78.  BA | A | Dividend | | | Buy | 07/27/16 | J | | |
| 79.  BA | | | | | Sold | 11/10/16 | J | B | |
| 80.  RDSA | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 81.  NTRS | A | Dividend | | | Buy | 07/15/16 | J | | |
| 82.  NTRS | | | | | Sold | 10/05/16 | J | A | |
| 83.  BPL | B | Distribution | K | T | Buy | 07/15/16 | J | | |
| 84.  GSL | | None | | | Buy | 12/05/16 | J | | |
| 85.  GSL | | | | | Sold | 12/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SDRL | | None | | | Buy | 11/25/16 | J | | |
| 87. SDRL | | | | | Sold | 12/01/16 | K | B | |
| 88. GSL PRB | | None | | | Buy | 12/05/16 | K | | |
| 89. GSL PRB | | | | | Sold | 12/15/16 | K | A | |
| 90. UTX | A | Dividend | | | Buy | 10/17/16 | J | | |
| 91. UTX | | | | | Sold | 11/23/16 | J | A | |
| 92. C | | None | | | Buy | 11/11/16 | J | | |
| 93. C | | | | | Sold | 11/23/16 | J | A | |
| 94. SIMCON OIL & GAS | A | Royalty | | | Merged (with line 95) | 12/03/16 | J | A | |
| 95. PILLAR ENERGY | A | Royalty | J | T | | 12/03/16 | | | Merged (from line 94) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faber, David A. | 08/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets in Section VII, items 1 through 52, are held in a self-directed IRA with USAA. The assets in this account were rolled over on January 15, 2016 from a former self-directed IRA with Smith Barney Citicorp. The Smith Barney Citicorp account was closed.

RMR (the RMR Group) and CC (Chemours Company) were small amounts of stock acquired in spin-offs in 2015 and omitted by oversight from my 2015 report. RMR was spun off from HPT (Hopsitality Properties) in November 2015 and CC was spun off from Du Pont in July 2015. Both these stocks were sold in 2016 as shown in this report.

Citicorp Bank Deposit, Part VII, line 30, was the money market component of a brokerage account. It is no longer a part of that account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David A. Faber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544